UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SYLVIA JANE RODARTE, ) | |
| ) | |
| Plaintiff ) | CASE NO: 6:12-cv-00055-NKM |
| v. ) | |
| ) | |
| WAL-MART ASSOCIATES, INC., ) | |
| ) | |
| and ) | |
| ) | |
| WAL-MART STORES EAST, L.P. ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S RESPONSE TO MOTION TO DISMSS

COMES NOW the plaintiff, Sylvia Jane Rodarte, by counsel, and in response to the Defendants' Motion to Dismiss, filed with the court on October 16, 2012, states as follows:

1. This matter was filed by the plaintiff in the Circuit Court for the County of Rockbridge, Virginia on September 12, 2012, alleging facts that gave rise to claims specified by the plaintiff as malicious prosecution, wrongful imprisonment, intentional infliction of emotional distress, abuse of process and defamation, as well as alleging that the claims, if proven would entitle the plaintiff to punitive damages.

2. The defendants filed a Notice of Removal on October 9, 2012, availing themselves of federal jurisdiction based on diversity of citizenship.

3. Subsequently, defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P 12(b)(6), alleging that the plaintiff had failed to state a claim upon which relief could be granted.

3. This matter having been removed to the U.S. District Court, federal procedural pleading rules apply, rather than Virginia state rules.

4. The plaintiff has stated her claims sufficiently to illuminate the nature of the claims and to allow defendants to respond, and has stated a claim that is plausible on its face, satisfying the standards of Fed. R. Civ. P. 8.

5. For these reasons and for the reasons set forth more fully in the Brief in Support of Plaintiff's Response to Motion to Dismiss filed herewith and incorporated by reference herein.

6. In the alternative, should the Court find that any claim filed by the plaintiff does not adequately state a claim upon which relief could be granted, plaintiff hereby moves the Court for leave to amend her complaint pursuant to Fed. R. Civ. P 15(a)(2).

SYLVIA JANE RODARTE

By /s/ Brian J. McNamara<br>
Of Counsel

Robert B. Armstrong, Esquire (VSB #32217)
3 McDowell St.
Lexington, Virginia 24450
(540) 463-6800 - telephone
(540) 463-6869 - facsimile

Brian J. McNamara, Esquire (VSB #44344)
Post Office Box 741
Lexington, Virginia 24450
(540) 817-0903 – telephone
(540) 463-6869 - Facsimile
bjmcnamara13@gmail.com
    Counsel for the plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2012, I electronically filed Plaintiff's Response to Defendants' Motion to Dismiss and Plaintiff's Brief in Support of Plaintiff's Response to Defendants' Motion to Dismiss using the CM/ECF system, which will send a notice and a true copy thereof electronically to:

Rebecca Signer Roche, Esquire
Counsel for Defendants Wal-Mart Associates, Inc.
and Wal-Mart Stores East, LP
Littler Mendelson, P.C.
1650 Tysons Boulevard, Suite 700
McLean, Virginia 22102
rroche@littler.com

and

Kevin Kraham, Esquire
Counsel for Defendants Wal-Mart Associates, Inc.
and Wal-Mart Stores East, LP
Littler Mendelson, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C. 20036
kkraham@littler.com

/s/Brian J. McNamara
Brian J. McNamara